I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~~Petitioner~~
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12·7·12

DEPUTY CLERK

**JS-6 / ENTERED**

FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC – 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PERRY GIOVANNI ADAMS,

              Petitioner,

      vs.

K. ALLISON, Warden,

            Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. EDCV 12-2072-AG (JPR)

**J U D G M E N T**

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: <u>November 30, 2012</u>

_____
ANDREW GUILFORD
U.S. DISTRICT JUDGE

ENTERED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC – 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY