I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~Petitioner~
FIRST CLASS MAIL POSTAGE PREPAID, TO ~ALL COUNSEL~
~(OR PARTIES)~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED:_____12·7·12_____

DEPUTY CLERK

JS-6  /  ENTERED

FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC – 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PERRY GIOVANNI ADAMS,

                 Petitioner,

         vs.

K. ALLISON, Warden,

                 Respondent.

) Case No. EDCV 12-2072-AG (JPR)
)
)
)     J U D G M E N T
)
)
)
)
)
)
)
)

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 30, 2012

_____
ANDREW GUILFORD
U.S. DISTRICT JUDGE

ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC – 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY